## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              **Plaintiff,**<br><br>       v.<br><br>**$14,087.65 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING IN 0326,**<br><br>**$4,511,510.55 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING IN 9077,**<br><br>**$310,284.33 IN FUNDS SEIZED FROM PNC BANK ACCOUNT ENDING IN 7674, and**<br><br>**$498,459.84 IN FUNDS SEIZED FROM PNC BANK ACCOUNT ENDING IN 8764,**<br><br>              **Defendants.** | Civ. A. No. 24-cv-624<br><br>**UNDER SEAL** |

## CERTIFICATE OF INTERESTED PERSONS

NOW COMES the United States of America and hereby certifies that the following persons and entities have a financial interest in the outcome of this litigation.

1. Al Jomaih Holding Co.
2. Abdulaziz Abdulhamid Albassam
3. Kernan and Associates Law Group, LLP
4. David Grossman & Associates, PLLC
5. Zodix Trading LLC
6. Saman Pazooki

All individuals having an interest in the Defendant Property will be served through the U.S. Marshal Service or other federal agent to be designated by the Marshal Service.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

_____
Kathryn L. Rakoczy, D.C. Bar No. 994-559
Rick Blaylock, Jr, TX Bar No. 24103294
Phone Rakoczy: (202) 252-6928
Phone Blaylock: (202) 252-6765

Kathryn.Rakoczy@usdoj.gov
Rick.Blaylock.Jr@usdoj.gov

*Attorneys for the United States*


# CERTIFICATE OF SERVICE

A true and correct copy of this pleading was filed via ECF transmission.

By: /s/ Rick Blaylock

Rick Blaylock
Assistant United States Attorney
Texas Bar No. 24103294