UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**$14,087.65 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING IN 0326,**<br><br>**$4,511,510.55 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING IN 9077,**<br><br>**$310,284.33 IN FUNDS SEIZED FROM PNC BANK ACCOUNT ENDING IN 7674, and**<br><br>**$498,459.84 IN FUNDS SEIZED FROM PNC BANK ACCOUNT ENDING IN 8764,**<br><br>　　　　　　　　**Defendants.** | Civ. A. No. 24-cv-624<br><br><u>**UNDER SEAL**</u> |

**GOVERNMENT'S STATUS REPORT**

　　1.　　The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this status report:

　　2.　　On or about April 10, 2024, the United States commenced this forfeiture action against the Defendant Funds by filing a verified complaint for forfeiture in rem. On this same day, the United States requested that this matter be sealed and stayed to protect from existence of this action from being revealed to the public.

　　3.　　This Honorable Court ordered the government to file a status update no later than August 1, 2024.

4. A criminal investigation remains active. The investigative team has identified leads and is continuing to obtain and review additional legal process with the intention to bring one or more individuals into the grasp of United States for prosecution.

5. Since the filing of the sealed forfeiture action, the United States identified a new subject in a foreign jurisdiction and continues to investigate their involvement. This subject appears unaware they have been identified by law enforcement.

6. The United States requires additional time to complete the investigation.

7. Public disclosure of the instant forfeiture action would damage the related criminal investigation and endanger successful arrest(s) and prosecution.

8. After the criminal investigation becomes overt, the government intends to unseal the instant matter and begin the notice period.

August 1, 2024
Washington, D.C.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

                                      */s/ Rick Blaylock, Jr.*
                                      Rick Blaylock, Jr.
                                      TX Bar No. 24103294
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      601 D Street, N.W.
                                      Washington, D.C. 20001
                                      (202) 252-6765
                                      rick.blaylock.jr@usdoj.gov