**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. $14,087 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING IN 0326, et al., *Defendants*. | Civil Action No. 24-624 (TJK) |

# ORDER

The United States seeks the forfeiture around $5,334,342 seized from four bank accounts ("Defendant Funds") linked to bank and wire fraud and actual or attempted money laundering. For the reasons explained below, the Court will grant the United States' motion for default judgment, except as to claimant Springleaf Enterprises, Inc. ("Springleaf"), and order forfeiture of the Defendant Funds consistent with the Settlement Agreement between the United States and Springleaf.

On March 5, 2024, the United States filed a sealed Verified Complaint for Forfeiture *In Rem* against the Defendant Funds. ECF No. 1. The Verified Complaint alleges that the Defendant Funds are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984, as property constituting or derived from proceeds traceable to bank and wire fraud and as property involved in an actual or attempted money laundering transaction.

The United States identified and gave notice to all known potential claimants. On February 11, 2025, Springleaf claimed an interest in the Defendant Funds. ECF No. 12. On March 3, 2025, the United States and Springleaf moved for an extension to answer the Verified Complaint, which

the Court granted.  On April 18, 2025, the parties entered into a Settlement Agreement.  *See* ECF No. 23-1.  The United States agreed to abandon any claim to the Defendant Funds and to recommend that the Court order the Defendant Funds forfeited and returned to Springleaf.  *Id.* ¶ 5.

The United States provided adequate notification of this civil action by publication under Rule G(4)(a)(iv) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Beginning on January 17, 2025, the United States began posting notice on an internet set, http://www.forfeiture.gov, for 30 consecutive days.  *See* ECF No. 18-1.  Thus, any verified claim in response to the notice by internet publication had to be filed no later than March 17, 2025.  *See* Supplemental Rule G(5)(a)(ii).  The deadline to file a claim based on such notice has passed without any party filing a claim other than Springleaf.  ECF No. 23 ¶ 7.

On April 18, 2025, the Clerk of Court entered a default as to all potentially interested parties except as to Springleaf.  ECF No. 21.

Based on the United States' well-pleaded allegations in its Verified Complaint, as supplemented by the facts set forth in Springleaf's Claim, the Court finds that the Defendant Funds are forfeitable as funds misappropriated from Springleaf as part of a scheme to commit wire fraud, bank fraud, and money laundering.  *See* ECF Nos. 1, 12; 18 U.S.C. §§ 981(a)(1)(C) and 984.  Thus, the Court concludes that the Verified Complaint states a factual and legal basis for forfeiture.  The Court also finds that process was fully issued in this action with respect to the Defendant Funds and returned according to law.  And no opposition has been made to the United States' Motion for Default Judgment.

Based on the above and the entire record in this action, the Court concludes that the United States is entitled to default judgment forfeiting the interests of all potential claimants, other than Springleaf, as to the Defendant Funds under Federal Rule of Civil Procedure 55.

Accordingly, it is hereby

**ORDERED** that the Joint Motion for Default Judgment and Final Order of Forfeiture, ECF No. 23, is **GRANTED**; it is further

**ORDERED** that default judgment is **ENTERED** against all persons or entities claiming an interest in the Defendant Funds other than Claimant Springleaf Enterprises, Inc. For the avoidance of doubt, the Defendant Funds consist of:

    a. $14,087.65 in funds seized from Bank of America account ending in 0326;

    b. $4,511,510.55 in funds seized from Bank of America account ending in 9077;

    c. $310,284.33 in funds seized from PNC Bank account ending in 7674; and

    d. $498,459.84 in funds seized from PNC Bank account ending in 8764;

It is further **ORDERED** that the Defendant Funds are **FORFEITED** and, consistent with the Settlement Agreement between the United States and Springleaf Enterprises, Inc., **ORDERED RETURNED** to Springleaf Enterprises, Inc. This is a final, appealable order. The Clerk of Court is directed to close the case.

    **SO ORDERED.**

                                      /s/ Timothy J. Kelly
                                      TIMOTHY J. KELLY
                                      United States District Judge

Date: May 1, 2025